AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of Maine

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

Entire property located at 291 Old Brunswick Rd., Gardiner, Maine 04345, more fully described in Attachment A

Case No. 1:20-mj-00255-JCN

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Entire property located at 291 Old Brunswick Rd., Gardiner, Maine 04345, more fully described in Attachment A

located in the _____ District of _____ Maine _____, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2252A(a)(5)(B), (b)2 | Possession of and access with intent to view child pornography. |

The application is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Chase Ossinger, Special Agent, HSI
*Printed name and title*

Sworn to telephonically and signed electronically in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedure

Date: Sep 08, 2020

*Judge's signature*

John C Nivison U.S. Magistrate Judge
*Printed name and title*

City and state: Bangor, Maine