## **ATTACHMENT A**

DESCRIPTION OF LOCATIONS TO BE SEARCHED

1.  The entire property located at 291 Old Brunswick Road, Gardiner, ME, including the residential building, any outbuildings, and any appurtenances thereto (the SUBJECT PREMISES). SUBJECT PREMISES is located on the North East side of Old Brunswick Road, seven houses on the left from the Brunswick Avenue intersection. The SUBJECT PREMISES is a grey one-story house with a grey roof and green trim. The house has an unattached garage located near the main residence. The SUBJECT PREMISES has two driveways, one that connects to Old Brunswick Road and one that connects to Brunswick Avenue, also known as Route 201. The SUBJECT PREMISES consist of the house, the unattached garage, and the vehicles registered to Bradley Danforth, namely a Green 2001 Nissan Frontier with Maine license plate 6A8648 and a red 2007 Yamaha XV1700 motorcycle with Maine license plate 43EM, and the vehicle registered to Arnold Danforth, namely a Silver 2001 Oldsmobile Alero with Maine license plate 3059SJ.