AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>1:20-mj-00255-JCN | Date and time warrant executed:<br>09/16/2020 0900 | Copy of warrant and inventory left with:<br>Bradley DANFORTH |
| Inventory made in the presence of : SA Thresher | | |
| Inventory of the property taken and name of any person(s) seized: | | |

Items seized:

HP Slimline Desktop 260-a114 Serial Number- CNV71107CC

LG K8 Cell Phone in Blue Case Serial Number- 711CYDG0218306

Black Thumb Drive with a Swing Cover

Blue Sandisk 32GB Thumb Drive

16 GB PNY SD Card

2GB Sandisk SD Card

Samsung Tablet With Puregear Keyboard

LG US375 Cell Phone in Red Case Serial Number- 606CYVU0053871

HP Pavilion A610E Desktop Computer Serial Number- MXP42505KP

Compaq Presario SR5550F Desktop Computer Serial Number- 3CR8260W2B

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 09/18/2020

*Executing officer's signature*

Chase Ossinger, Special Agent

*Printed name and title*