**UNITED STATES DISTRICT COURT
DISTRICT OF MAINE**

In the Matter of the Search of                  )
                                                 )      **Case No.:  1:20-mj-00255-JCN**
**SEARCH WARRANT**                               )

## MOTION TO EXTEND TIME TO SEAL

NOW COMES the United States of America, by and through Halsey B. Frank, United States Attorney for the District of Maine, and Andrew McCormack, Assistant United States Attorney, and moves this Honorable Court to continue to seal the search warrant application, the affidavit in support of the search warrant, the attachments to that affidavit and the search warrant, the search warrant itself, the return of service and inventory, and any order on this motion to seal.

The government requests that the warrant and associated documents remain sealed for a period of 90 days from January 22, 2021 to April 22, 2021, to avoid disclosure of the information in the warrant during an ongoing investigation.

Respectfully submitted,

HALSEY B. FRANK
United States Attorney

**BY:  /s/  ANDREW McCORMACK**
ANDREW McCORMACK
Assistant United States Attorney

Date:  January 19, 2021