# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

In the Matter of the Search of  )
                                )  Case No.: 1:20-mj-00255-JCN
**SEARCH WARRANT**              )

## MOTION TO UNSEAL

NOW COMES the United States of America, by and through Donald E. Clark, Acting United States Attorney for the District of Maine, and Andrew McCormack, Assistant United States Attorney, and requests that the Court unseal this case.

Respectfully submitted,

DONALD E. CLARK
Acting United States Attorney

**BY:  /s/  ANDREW McCORMACK**
ANDREW McCORMACK
Assistant United States Attorney

Date:  April 15, 2021